ASH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adnan Michel Saad,<br><br>    Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>    Respondents. | No.   CV-26-01642-PHX-SMB (CDB)<br><br>**ORDER** |

      Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1).[1] Petitioner and his family arrived at the border in 2015 seeking asylum. After a short detention, Petitioner and his family were paroled into the United States. Petitioner's family was ultimately granted asylum, but Petitioner's asylum application remains ongoing. However, in 2016, Petitioner applied for and was granted temporary protected status (TPS), which he has maintained to this day. Despite the grant of TPS, Petitioner was re-detained by immigration officials on March 3, 2026 without a pre-deprivation hearing. As such, Petitioner alleges that his rights under the Fifth Amendment and Immigration and Nationality Act have been violated, for which he seeks either immediate release from custody or a bond hearing to determine whether his continued detention is necessary.

---

[1] Petitioner has also filed a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2), a Motion for Order to Show Cause (Doc. 3), and a Motion for Expedited Briefing (Doc. 4). Because the Court will call for an expedited answer, it will deny the motions as moot.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1) Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2), a Motion for Order to Show Cause (Doc. 3), and Motion for Expedited Briefing (Doc. 4) are **denied** without prejudice.

(2) Counsel for Petitioner must immediately serve the Petition on Respondents.

(3) If not already issued, the Clerk of Court must issue any properly completed summonses.

(4) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(5) Respondents must answer the Petition no later than **March 20, 2026**.

(6) Petitioner may file a reply no later than **March 24, 2026**.

Dated this 11th day of March, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge