**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Adnan Michel Saad, | No. CV-26-01642-PHX-SMB (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner filed his Petitioner for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief (Doc. 1) on March 10, 2026. A Response was ordered and that Response was filed on March 20, 2026 indicating that Petitioner had been released from custody. On March 20, 2026, Counsel for Petitioner filed a Notice indicating that his client had been released. Therefore,

**IT IS ORDERED** denying the Petition (Doc. 1) as moot and directing the Clerk of Court to terminate this action.

Dated this 4th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge